NO. 07-09-0133-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JULY 9, 2009

_____

IN THE INTEREST OF A.G., A.G., AND A.C., JR. CHILDREN

_____

FROM COUNTY COURT AT LAW NO. 2 OF RANDALL COUNTY;

NO. 6014-L2; HONORABLE RONALD WALKER, JR., JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Appellant, G.G., filed this appeal to challenge the trial court's order terminating his parental rights to his children A.G. and A.G.[1]   Pending before this Court is G.G.'s unopposed *Notice of Dismissal of Appeal* in which he expresses his desire to dismiss this appeal.  Without passing on the merits of the case, G.G.'s motion is granted and the

_____

[1]The record reflects that A.C., Jr. is the biological child of a different father, A.C., whose parental rights were also terminated during the same proceeding, but who did not appeal the termination order.

appeal is dismissed.  Tex. R. App. P. 42.1(a)(1).  Having dismissed the appeal at G.G.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice